**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| **UNITED STATE OF AMERICA** ) | |
| ) | |
| ) | **4:08CR00402** |
| ) | |
| **JAMIE CHISM** ) | |

**ORDER**

The government indicates that the defendant has paid the citation. Therefore, the government moves to dismiss the citation. (docket entry no. 9). The motion to dismiss is granted, and the citation is dismissed.

IT IS SO ORDERED this __7__ day of July, 2009.

_____
UNITED STATES MAGISTRATE JUDGE